**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6821**

_____

UNITED STATES OF AMERICA; JOHN ASHCROFT,

Plaintiffs - Appellees,

versus

DOUGLAS ALAN JARVIS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (CR-91-70-N, CA-91-235-2)

_____

Submitted: June 20, 2001          Decided: June 28, 2001

_____

Before WIDENER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Douglas Alan Jarvis, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Douglas Alan Jarvis appeals the district court's order denying his "Motion to Reconsider Transfer Order," construed as a motion for reconsideration of the district court's order construing his 28 U.S.C. § 2241 (1994) petition as a 28 U.S.C.A. § 2255 (West Supp. 2000) motion, and dismissing it without prejudice as successive. We have reviewed the record and the district court's order and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Jarvis, Nos. CR-91-70-N; CA-91-235-2 (E.D. Va. Apr. 27, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2